SUNSHINE EXTENSION MINES COMPANY, Appellant, v. COEUR D'ALENE BIG CREEK MINING COMPANY et al., Appellees.

No. 8528.

Circuit Court of Appeals, Ninth Circuit.

Nov. 12, 1937.

John P. Gray and W. F. McNaughton, both of Cœur d'Alene, Idaho, Lester S. Harrison, of Kellogg, Idaho, Therrett Towles, of Spokane, Wash., and W. H. Langroise, of Boise, Idaho, for appellant.

James A. Wayne and Chas. E. Horning, both of Wallace, Idaho, for appellees.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that

a decree of dismissal be filed and entered accordingly; mandate forthwith.